**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Robert S. Painter

                                        CHAPTER   13
                                        CASE NO.   6:07-bk-06333-ABB

        Debtor(s)
_____/

**OBJECTION BY US BANK TO CONFIRMATION**
**OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

      US BANK ("Creditor"), by the undersigned attorneys, objects to confirmation of the Chapter 13 Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor states as follows:

      1.     For value received, the Debtor(s) executed and delivered an installment sales contract ("Contract") as evidence of indebtedness to Creditor. Said indebtedness is secured by property more particularly described in the Contract as: 2006 JEEP WRANGLER, VIN# 1J4FA39S26P771552 ("Collateral").

**Plan Provision Providing for Possible Surrender of Collateral in Full Satisfaction of Creditor's Claim**

      2.     The Plan provides that the Debtor(s) *may* surrender the Collateral to Creditor in full satisfaction of Creditor's claim.
      3.     Creditor objects to such treatment to the extent that the Debtor(s) seek to preclude any unsecured deficiency claim resulting from any such surrender.
      4.     To the extent that the Debtor(s) seek to preclude any unsecured deficiency claim resulting from such surrender, the Plan fails to comply with the requirements of 11 U.S.C. §§1325(a)(1) and (a)(5) as it impermissibly seeks to modify the rights of Creditor. Creditor does not accept such treatment of its secured claim.

WHEREFORE, Creditor prays for the entry of an appropriate order denying confirmation with respect to the Plan as proposed and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provisions to which this Objection is directed.

**/S/ Larry M. Foyle, Esq.**
Larry M. Foyle, Esq.
Kass, Shuler, Solomon, Spector,
   Foyle & Singer, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1353
Fax:    (813) 769-7563
lfoyle@kasslaw.com
Florida Bar No. 307343

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 27, 2008, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to: Robert S. Painter, 28229 County Road 33, Lot C348, Leesburg, FL 34748; RichardW Hennings, 205 North Joanna Avenue, Tavares, FL 32778; Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790-3450.

## Rule 7005-3

## SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)

A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

**/S/ Larry M. Foyle, Esq.**
Larry M. Foyle, Esq. (x1353)

220300.080001/dms