UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                Case No.:  6:07-bk-06333-ABB

ROBERT S. PAINTER,

        Debtor.
_____/

## FIRST AMENDED CHAPTER 13 PLAN

      COMES NOW the Debtor, ROBERT S. PAINTER, by and through his undersigned attorney, and files this First Amended Chapter 13 Plan, as follows:

      The projected disposable income of the Debtor shall be submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following Plan payments to the Chapter 13 Standing Trustee, Laurie K. Weatherford, Post Office Box 1103, Memphis, Tennessee 38101-1103:

| Months | Plan Payment | Due Dates |
|---|---|---|
| 1-4 | $ 775.00 | January 28, 2008 – April 28, 2008 |
| 5-60 | $1,045.00 | May 28, 2008 – December 28, 2012 |

## OTHER PROVISIONS REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS, AND/OR INCREASED INCOME:

      The Debtor is required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor's general unsecured creditors for the duration of this case. The Debtor shall mail any and all tax refunds to the Chapter 13 Standing Trustee's payment address, Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 1103, Memphis, Tennessee 38101-1103. The Debtor shall put his name and case number on the face of any refund checks before mailing them to the Trustee.

      The Debtor is required to provide the Chapter 13 Standing Trustee with copies of his income tax returns each year by April 30th and for the duration of the Debtor's Plan. Copies of tax returns shall be mailed to the Trustee's correspondence-only address, Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, Florida 32790-3450. The same documentation may be faxed to the Trustee to 407-648-2665.

      The Debtor is further required to file all tax returns timely and to pay any taxes due for the duration of this case.

If the Debtor's income increases in this Chapter 13 case, the Debtor must commit the Debtor's excess income to the Plan for the benefit of the Debtor's creditors.

## PAYMENT OF CLAIMS THROUGH PLAN:

The percentage fee charged by the Chapter 13 Standing Trustee, which fee is established by the United States Trustee, and:

| Claim No. | Claimant Name | Claim Type | Amount | Months |
|---|---|---|---|---|
| | Richard W. Hennings, Esquire Richard W. Hennings, P.A. | Administrative | $ 728.50 $ 271.50 $ 0.00 | 1 2 3-60 |
| | | Total: | $ 1,000.00 | |
| 1 | Commerce Bank (This debt is paid outside of the Plan.) | Secured | | |
| 2. | U.S. Bank (The Debtor is surrendering any interest in the collateral.) | Secured | | |
| 3 | Long Beach Acceptance Corp. (The Debtor is surrendering any interest in the collateral.) | Secured | | |
| 4 | Ford Motor Credit Company, LLC (This debt is paid outside of the Plan.) | Secured | | |
| 6 | J.P. Morgan Chase Bank (The Debtor is surrendering any interest in the collateral.) | Secured | | |
| | General unsecured creditors | | Pro Rata | |

## OTHER PROVISIONS:

1. All creditors must file a claim by the claims deadline established by this Court. Any claim filed after the bar date will not be paid in this Plan, and the debt shall be discharged upon completion of the Debtor's Plan.

2. All timely payments to the Chapter 13 Standing Trustee shall be deemed timely payments to each creditor listed in the Plan.

3. By failing to object to this Plan or any amendment thereof, all creditors agree not to make any effort to collect their claims from any co-signors that may exist so long as this case remains pending.

4. All property surrendered in this case is surrendered in full satisfaction of the secured claim.

5. The Debtor's First Amended Chapter 13 Plan is binding upon all creditors at Confirmation.

6. All property vests back in the Debtor at Confirmation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing First Amended Chapter 13 Plan is being served upon all creditors and interested parties, listed on the Court mailing matrix, via electronic transmission or by United States Regular Mail, postage prepaid, on the next business day for mailing, April 7, 2008.

Respectfully submitted,

/s/ Richard W. Hennings, Esquire
Richard W. Hennings, P.A.
205 North Joanna Avenue
Tavares, Florida 32778-3217
Telephone: (352) 343-3335
Facsimile:   (352) 343-5458
Florida Bar No. 0192633
Attorney for the Debtor

```
Label Matrix for USBC              ACS                                    AmeriCredit
Middle District of Florida         PO Box 9001560                         PO Box 183853
Case 6:07-bk-06333-ABB             Louisville, KY 40290-1560              Arlington, TX 76096
Sun Apr  6 18:30:06 EDT 2008


Chase                              Commerce Bank                          Commerce Bank NA
PO Box 9001020                     PO Box 411705                          PO Box 419248 KCREC-10
Louisville, KY 40290-1020          Kansas City, MO 64141-1705             Kansas City  MO 64179-0010


Cynthia Mobley                     FIA Card Services                      Florida Department of Revenue
4566 Redhawk Court                 Bankcard Services                      Bankruptcy Unit
Winter Park, FL 32792              PO Box 15137                           Post Office Box 6668
                                   Wilmington, DE 19850-5137              Tallahassee FL 32314-6668


Ford Motor Credit                  Ford Motor Credit Company LLC          Larry M Foyle
PO Box 105697                      Drawer 55-953                          Kass Shuler Solomon Spector Foyle et al
Atlanta, GA 30348-5697             P.O. Box 55000                         P O Box 800
                                   Detroit, MI  48255-0953                Tampa, FL 33601


GMAC                               GMAC Mortgage, LLC                     Richard W Hennings
Attn: Customer Service             Damian A. Valladares, Esq.             Richard W Hennings PA
PO Box 4622                        Law Offices of David J. Stern, P.A.    205 North Joanna Avenue
Waterloo, IA 50704-4622            801 S. University Drive #500           Tavares, FL 32778
                                   Plantation, FL 33324


Brad W. Hissing                    Internal Revenue Service               JP Morgan Chase Bank, NA
Kass Shuler Solomon Spector Foyle et al   Post Office Box 21126           National Payment Services
PO Box 800                         Philadelphia PA 19114                  PO Box 24785
Tampa, FL 33601                                                           Columbus, OH  43224-0785


JP Morgan Chase Bank, NA           Judith Bradley                         Keybank N.A.
PO Box 24603                       9252 Splitstone Drive                  601 Oakmont Lane Ste 110
Attn: Bankruptcy Dept              Webster, FL 33597                      Westmont, IL 60559
Columbus, OH  43219


Lake County Tax Collector          Long Beach Acceptance Corp.,           Robert S Painter
Attn:  Bob McKee                   an AmeriCredit Company                 28229 County Road 33, Lot C348
Post Office Box 327                POB 909                                Leesburg, FL 34748
Tavares FL 32778                   Paramus, NJ 07652


Springridge Phase 1 Unit 2         U.S. Bank                              U.S. Bank
Homeowner's Association, Inc       FL Metro Indirect Lending              PO Box 790408
931 S. Semoran Boulevard           PO Box 790179                          Saint Louis, MO 63179-0408
Suite 214                          Saint Louis, MO 63179-0179
Winter Park, FL 32792,  32792


US Bank/Retail Payment Solutions   Damian A. Valladares                   Laurie K Weatherford
PO Box 5229                        Law Offices of David J Stern PA        Post Office Box 3450
Cincinnati, OH 45201               900 South Pine Island Road, Suite 400  Winter Park, FL 32790
                                   Plantation, FL 33324-3920
```

eCAST Settlement Corporation assignee of
FIA Card Services aka Bank of America
POB 35480
Newark NJ 07193-5480