UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                   Case No.: 6:07-bk-06333-ABB

ROBERT S. PAINTER,

       Debtor.
_____/

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 9 FILED BY KEY BANK, N.A**

**THIS CAUSE** having come before the Court without a hearing upon the Debtor's Objection to Claim No. 9 Filed by Key Bank, N.A. (Doc. No. 31); the Court having reviewed the Debtor's said Objection and the Court file, finds, as follows:

1. The Objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the party of its opportunity to object within thirty (30) days of the date of service.

2. No party filed an Objection or Response within the time permitted; and

3. The Court, therefore, considers the matter to be unopposed;

**IT IS, THERFORE,**

**ORDERED AND ADJUDGED:**

1. That the Debtor's Objection to Claim No. 9 Filed by Key Bank, N.A. (Doc. No. 31) is SUSTAINED.

2. That the claim of Key Bank is disallowed in this case.

DONE and ORDERED in Orlando, Florida, this 15th day of May, 2008

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies furnished to:

Debtor, Robert S. Painter, 28229 County Road 33, Lot C348, Leesburg, FL 34748

Debtor's attorney, Richard W. Hennings, Esquire, Richard W. Hennings, P.A., 205 N. Joanna Avenue, Tavares, FL 32778

Key Bank, N.A., Attention: Officer, Director, Agent, or Attorney, 601 Oakmont Lane, Suite 110, Westmont, Illinois 60559

Key Bank, N.A., Attneiont: Renice Hrobowski, Bankruptcy Analyst, 601 Oakmont Lane, Suite 110, Westmont, Illinois 60559

Chapter 13 Standing Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790-3450