UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                Case No.:  6:07-bk-06333-ABB

ROBERT S. PAINTER,

        Debtor.
_____/

## SECOND AMENDED CHAPTER 13 PLAN

      COMES NOW the Debtor, ROBERT S. PAINTER, by and through his undersigned attorney, and files this Second Amended Chapter 13 Plan, as follows:

      The projected disposable income of the Debtor shall be submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following Plan payments to the Chapter 13 Standing Trustee, Laurie K. Weatherford, Post Office Box 1103, Memphis, Tennessee 38101-1103:

| **Months** | **Plan Payment** | **Due Dates** |
|---|---|---|
| 1-4 | $ 775.00 | January 28, 2008 – April 28, 2008 |
| 5-60 | $ 782.00 | May 28, 2008 – December 28, 2012 |

## OTHER PROVISIONS REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS, AND/OR INCREASED INCOME:

      The Debtor is required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor's general unsecured creditors for the duration of this case.  The Debtor shall mail any and all tax refunds to the Chapter 13 Standing Trustee's payment address, Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 1103, Memphis, Tennessee 38101-1103.  The Debtor shall put his name and case number on the face of any refund checks before mailing them to the Trustee.

      The Debtor is required to provide the Chapter 13 Standing Trustee with copies of his income tax returns each year by April 30th and for the duration of the Debtor's Plan.  Copies of tax returns shall be mailed to the Trustee's correspondence-only address, Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, Florida 32790-3450.  The same documentation may be faxed to the Trustee to 407-648-2665.

      The Debtor is further required to file all tax returns timely and to pay any taxes due for the duration of this case.

If the Debtor's income increases in this Chapter 13 case, the Debtor must commit the Debtor's excess income to the Plan for the benefit of the Debtor's creditors.

## PAYMENT OF CLAIMS THROUGH PLAN:

The percentage fee charged by the Chapter 13 Standing Trustee, which fee is established by the United States Trustee, and:

| Claim No. | Claimant Name | Claim Type | Amount | Months |
|---|---|---|---|---|
| | Richard W. Hennings, Esquire | Administrative | $ 728.50 | 1 |
| | Richard W. Hennings, P.A. | | $ 271.50 | 2 |
| | | | $ 0.00 | 3-60 |
| | | Total: | $ 1,000.00 | |
| 1 | Commerce Bank (This debt is paid outside of the Plan.) | Secured | | |
| 2. | U.S. Bank (The Debtor is surrendering any interest in the collateral.) | Secured | | |
| 3 | Long Beach Acceptance Corp. (The Debtor is surrendering any interest in the collateral.) | Secured | | |
| 4 | Ford Motor Credit Company, LLC (This debt is paid outside of the Plan.) | Secured | | |
| 6 | J.P. Morgan Chase Bank (The Debtor is surrendering any interest in the collateral.) | Secured | | |
| | General unsecured creditors | | Pro Rata | |

## OTHER PROVISIONS:

1. All creditors must file a claim by the claims deadline established by this Court. Any claim filed after the bar date will not be paid in this Plan, and the debt shall be discharged upon completion of the Debtor's Plan.

2. All timely payments to the Chapter 13 Standing Trustee shall be deemed timely payments to each creditor listed in the Plan.

3. By failing to object to this Plan or any amendment thereof, all creditors agree not to make any effort to collect their claims from any co-signors that may exist so long as this case remains pending.

4. All property surrendered in this case is surrendered in full satisfaction of the secured claim.

5. The Debtor's Second Amended Chapter 13 Plan is binding upon all creditors at Confirmation.

6. All property vests back in the Debtor at Confirmation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Second Amended Chapter 13 Plan is being served upon all creditors and interested parties, listed on the Court mailing matrix, via electronic transmission or by United States Regular Mail, postage prepaid, on June 5, 2008.

Respectfully submitted,

/s/ Richard W. Hennings, Esquire
Richard W. Hennings, P.A.
205 North Joanna Avenue
Tavares, Florida 32778-3217
Telephone: (352) 343-3335
Facsimile:   (352) 343-5458
Florida Bar No. 0192633
Attorney for the Debtor

Painter

| # | Due Date | Payment Amount | Trustee | Attorney | Commerce Bank | Ford | | | | | | | | Unsecured Creditors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/28/08 | 775.00 | 46.50 | 728.50 | | | | | | | | | | 0.00 |
| 2 | 2/28/08 | 775.00 | 46.50 | 271.50 | | | | | | | | | | 457.00 |
| 3 | 3/28/08 | 775.00 | 46.50 | | | | | | | | | | | 728.50 |
| 4 | 4/28/08 | 775.00 | 46.50 | | | | | | | | | | | 728.50 |
| 5 | 5/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 6 | 6/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 7 | 7/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 8 | 8/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 9 | 9/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 10 | 10/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 11 | 11/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 12 | 12/28/08 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 13 | 1/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 14 | 2/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 15 | 3/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 16 | 4/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 17 | 5/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 18 | 6/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 19 | 7/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 20 | 8/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 21 | 9/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 22 | 10/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 23 | 11/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 24 | 12/28/09 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 25 | 1/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 26 | 2/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 27 | 3/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 28 | 4/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 29 | 5/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 30 | 6/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 31 | 7/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 32 | 8/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 33 | 9/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 34 | 10/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 35 | 11/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 36 | 12/28/10 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| **37** | 1/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 38 | 2/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 39 | 3/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 40 | 4/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 41 | 5/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 42 | 6/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 43 | 7/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 44 | 8/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 45 | 9/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 46 | 10/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 47 | 11/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 48 | 12/28/11 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 49 | 1/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 50 | 2/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 51 | 3/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 52 | 4/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 53 | 5/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 54 | 6/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 55 | 7/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 56 | 8/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 57 | 9/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 58 | 10/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 59 | 11/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| 60 | 12/28/12 | 782.00 | 46.92 | | | | | | | | | | | 735.08 |
| | Total | **46,892.00** | **2,813.52** | **1,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **43,078.48** |

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 6:07-bk-06333-ABB<br>Thu Jun  5 14:50:41 EDT 2008 | ACS<br>PO Box 9001560<br>Louisville, KY 40290-1560 | AmeriCredit<br>PO Box 183853<br>Arlington, TX 76096 |
| Chase<br>PO Box 9001020<br>Louisville, KY 40290-1020 | Commerce Bank<br>PO Box 411705<br>Kansas City, MO 64141-1705 | Commerce Bank NA<br>PO Box 419248 KCREC-10<br>Kansas City  MO 64179-0010 |
| Cynthia Mobley<br>4566 Redhawk Court<br>Winter Park, FL 32792 | FIA Card Services<br>Bankcard Services<br>PO Box 15137<br>Wilmington, DE 19850-5137 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Ford Motor Credit<br>PO Box 105697<br>Atlanta, GA 30348-5697 | Ford Motor Credit Company LLC<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, MI  48255-0953 | Larry M Foyle<br>Kass Shuler Solomon Spector Foyle et al<br>P O Box 800<br>Tampa, FL 33601 |
| GMAC<br>Attn: Customer Service<br>PO Box 4622<br>Waterloo, IA 50704-4622 | GMAC Mortgage, LLC<br>Damian A. Valladares, Esq.<br>Law Offices of David J. Stern, P.A.<br>801 S. University Drive #500<br>Plantation, FL 33324 | Richard W Hennings<br>Richard W Hennings PA<br>205 North Joanna Avenue<br>Tavares, FL 32778 |
| Brad W. Hissing<br>Kass Shuler Solomon Spector Foyle et al<br>PO Box 800<br>Tampa, FL 33601 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 | JP Morgan Chase Bank, NA<br>National Payment Services<br>PO Box 24785<br>Columbus, OH  43224-0785 |
| JP Morgan Chase Bank, NA<br>PO Box 24603<br>Attn: Bankruptcy Dept<br>Columbus, OH  43219 | Judith Bradley<br>9252 Splitstone Drive<br>Webster, FL 33597 | Keybank N.A.<br>601 Oakmont Lane Ste 110<br>Westmont, IL 60559 |
| Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778 | Long Beach Acceptance Corp.,<br>an AmeriCredit Company<br>POB 909<br>Paramus, NJ 07652 | Robert S Painter<br>28229 County Road 33, Lot C348<br>Leesburg, FL 34748 |
| Springridge Phase 1 Unit 2<br>Homeowner's Association, Inc<br>931 S. Semoran Boulevard<br>Suite 214<br>Winter Park, FL 32792,  32792 | U.S. Bank<br>FL Metro Indirect Lending<br>PO Box 790179<br>Saint Louis, MO 63179-0179 | U.S. Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | Damian A. Valladares<br>Law Offices of David J Stern PA<br>900 South Pine Island Road, Suite 400<br>Plantation, FL 33324-3920 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 |

eCAST Settlement Corporation assignee of
FIA Card Services aka Bank of America
POB 35480
Newark NJ 07193-5480